IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 4:12cr59/RH

ANDREA DANIELLE OTLEY

_____/

## STATEMENT OF FACTS

COMES NOW THE UNITED STATES OF AMERICA and Andrea Danielle Otley, and provide this factual basis for acceptance of a guilty plea from Andrea Danielle Otley.

On June 21, 2011, the regional loss prevention specialist for Publix reported to the Leon County Sheriff's Office that Edwin Anderson had passed in excess of forty (40) of his own personal checks at various Publix stores in Leon County, Florida, that had been returned by the issuing banks (SunTrust and Wells Fargo) as either having insufficient funds or being written against closed accounts. These checks totaled $3,438.37. Video surveillance captured Anderson negotiating at least fifteen (15) of these checks.

On June 29, 2011, law enforcement officers went to the most current address listed on Edwin Anderson's Florida driver's license, which is an apartment (#196) on Blairstone Road in Tallahassee, Florida. A person later identified as Jazma Garrett answered the door and advised that Anderson was not home, but that he did live at that address. Law enforcement officers asked Garrett to have Anderson call them. Anderson called later that day and offered to come to the Sheriff's office to speak with them about

1

FILED IN OPEN COURT ON
November 26, 2012
United States District Court
Northern District of Florida

the checks, but subsequently his counsel advised that Anderson would not be coming to the Sheriff's Office for an interview.

Subpoenas were issued to SunTrust (account number 79698), which confirmed that this account was maintained by Anderson and that he had only deposited $207.03 into this account while it was open. The $207.03 was a portion of a $407.03 US Treasury tax refund check made payable to T.A., who has been incarcerated by the Florida Department of Corrections since May 27, 1992, and is currently in the Wakulla Work Camp, with a scheduled release date of May 12, 2020.

SunTrust also provided information showing a savings account (9509) associated with Anderson's checking account. Subpoena results show that a US Treasury tax refund check, made payable to R.E. in the amount of $1,824.00, was deposited into Anderson's savings account on May 17, 2011. Two-hundred dollars was withdrawn at the time of the deposit resulting in a net deposit of $1,624.00. All $1,624.00 was withdrawn within three days of the deposit. Both SunTrust accounts were closed on June 7, 2011.

During the week of July 18th, 2011, the letter carrier who delivered mail to an apartment (#33) on South Blairstone Road had retained four credit / debit cards that had been mailed to this apartment. All of the cards had been sent by "Vision Silver" or "BuyRIGHT", which issues pre-paid debit cards. The names on these cards were not listed for this address in the City of Tallahassee Utilities database, nor in DAVID. A City of Tallahassee Utilities search showed the account holder for apartment 33 to be Joseph C. Haley. A DAVID check also showed this to be Haley's address.

Postal Inspectors also determined that a debit card in the name of A.U. was sent to apartment 196 (same apartment complex). The only A.U. that could be located has been incarcerated by the Florida Department of Corrections since February 3, 2010, and is scheduled for release on December 11, 2012. This debit card was also sent by Vision Silver.

On July 22, 2011, Postal Inspectors learned that three more debit cards had been mailed to apartment number 33, in different names, along with an IRS notice mailed to C.H. Further, two more debit cards had been mailed to apartment 196 in the name of K.F. and D.W. All of the aforementioned debit cards were held by the Postal Inspectors due to the listed receiving parties not living at those addresses.

On July 26, 2011, law enforcement officers conducted surveillance of the mailboxes for apartment numbers 33 and 196, while the letter carrier delivered the aforementioned debit cards and letter to their respective mailboxes at this location. Prior to delivery and for identification purposes, Postal Inspectors filled in the 0 in the ZIP code (32301) that is printed on the front of each envelope delivered to apartments 196 and 33.

Approximately ten minutes later, a black male (Garrett) was seen leaving apartment 196, entering a red Pontiac Vibe and driving to the mailboxes. The black male then exited the Vibe, opened mailbox number 196, retrieved mail, and got back into the Vibe. He then drove back to apartment 196, exited the Vibe, and entered apartment 196. The red Vibe displayed a Florida Tag which is registered to Jazma Garrett and A.S.

At approximately 5:45pm, a blue Mercury SUV pulled up to the mailboxes and a white male (Haley) exited the SUV. He then opened mailbox number 33, removed mail, got back into the SUV and drove to apartment 33, which he unlocked and entered. The SUV displayed a Florida tag registered to Joseph Haley.

Approximately five minutes later, the white male exited apartment 33 with papers in his hand, entered the SUV, and began to leave the complex when a traffic stop was conducted. The white male driving the SUV was identified as Joseph Haley.

Approximately five minutes after Haley was stopped, the same black male exited apartment 196. He got back into the Vibe and began to drive away when he was also stopped by law enforcement officers. The black male was identified as Jazma Garrett.

Garrett and Haley were detained while search warrants were obtained for apartment 196, apartment 33, the red Pontiac Vibe, and the blue Mercury SUV. While the search warrants were getting approved, Edwin Anderson came out of apartment 196 and was also detained.

During the execution of a search warrant on Apartment 196, law enforcement officers found, among other items: the controlled delivery envelope to K.F. containing a debit card; debit cards in the name of J.M. and B.M.; a formula sheet listing amounts to fill in on tax returns for T.A., C.W., M.D. and R.H.; numerous emails from Yahoo! regarding recently opened accounts; and, various sheets of paper containing numerous names, dates of birth, and social security numbers of persons other than Edwin Anderson and Jazma Garrett.

4

During the execution of a search warrant on the 2000 Infiniti registered to Edwin Anderson, law enforcement officers found, among other items: notebook paper with names, dates of birth and social security numbers; Power of Attorney forms notarized by Kimberly Shawna Fischer for R.E. and T.A.; and, a debit card in the name of D.B. A search of Edwin Anderson's wallet, incident to arrest, revealed debit cards in the name of D.W., J.M., R.W., and C.G.

During the execution of a search warrant on the 2005 Vibe registered to Jazma Garrett, law enforcement officers found, among other items: a wallet with Jazma Garrett's driver license, the social security card for J.H., and debit cards for J.G. and A.S.; emails between Anderson and Andrea Danielle Otley containing the personal identification information of nine individuals, including R.E.; numerous emails from Yahoo! regarding recently opened accounts; numerous emails from TurboTax regarding newly created user IDs for 2010 tax returns; notebooks containing numerous names, dates of birth, and social security numbers for persons other than Edwin Anderson and Jazma Garrett; a printout from the Florida Department of Correction's website listing eight current inmates' names and dates of birth; a tax return (form 1040EZ) for NS submitted electronically via TurboTax on January 23, 2011; and, numerous debit cards in the name of W.R., G.R., T.F., A.F., D.S., M.G., D.J., R.E., D.W., C.F., A.W., J.S., A.G., E.B., R.H., K.H., C.W., T.W., D.D., T.A., E.H., S.A., R.E., M.C., and S.O.

During the execution of a search warrant on Apartment 33, law enforcement officers found, among other items: the controlled delivery envelope to C.H. containing a debit card; debit cards in the names of T.A., E.F., E.P. and N.P.; notebook paper

containing numerous names, dates of birth, and social security numbers for persons other than Joseph Haley; IRS correspondence to D.D.; and, a notebook computer found to have been used in the furtherance of this scheme.

During the execution of the search warrant on the 2006 Mercury SUV registered to Joseph Haley, law enforcement officers found, among other items: the controlled delivery envelopes to T.B. and R.B. containing debit cards; and a sheet of paper containing numerous names, dates of birth, and social security numbers for persons other than Joseph Haley.

In an interview with IRS-Criminal Investigators, Edwin Anderson admitted to electronically filing 72 false tax returns, including his own, between January and July 2011 at his home residence, Apartment 196. Anderson stated that he received the personal identification information to file the false tax returns from multiple sources, and got much of the information from the "drug community after people got wind of what I was doing."

Anderson also admitted that on or about March 31, 2011, he electronically filed a false tax return in the name of R.Ee using the personal identification information which was provided to him by email from Andrea Otley on March 8, 2011. Anderson stated he knew this person existed, and yet he did not receive permission from R.E. to electronically submit a tax return to the IRS utilizing R.E.'s personal information.

When questioned by IRS-Criminal Investigators, Andrea Otley admitted to knowing that the tax return that Anderson electronically filed in her name was false.

Otley stated that she watched Anderson prepare other false tax returns at his residence when she was there selling him drugs.

In her first interview, Otley stated that she provided the names of her brother and cousin to Anderson. In her second interview, Otley admitted that she was paid $100 for each person whom she brought to Anderson for a false tax return. Otley also admitted to bringing her mother and girlfriend to Anderson to have tax returns prepared. When presented with emails that were sent between her and Anderson, Otley admitted she was paid for the information provided in the emails. Otley admittedly emailing Anderson the personal information of at least nine unknowing individuals; one of those being R.E., for whom Anderson did, in fact, electronically file a fraudulent tax return.

The total amount of the false tax returns filed as a result of Otley's assistance in the scheme is $52,398.00. The total amount of false refunds paid out by the IRS as a result of her actions is $23,921.04.

ELEMENTS OF THE OFFENSE - COUNT I – (Conspiracy to Defraud the Government)

(1) two or more people in some way agreed to try and accomplish a shared unlawful plan;

(2) the Defendant knew the unlawful purpose of the plan and willfully joined in it; and

(3) the plan was to defraud the Government by obtaining the payment or allowance of a claim based on a false or fraudulent material fact.

ELEMENTS OF THE OFFENSE-COUNT XVIII – (Wire Fraud)

(1) the Defendant knowingly devised or participated in a scheme to defraud, or to obtain money or property by using false pretenses, representations, or promises;

(2) the false pretenses, representations, or promises were about a material fact;

(3) the Defendant acted with the intent to defraud; and

(4) the Defendant transmitted or caused to be transmitted by [wire] some communication in interstate commerce to help carry out the scheme to defraud.

ELEMENTS OF THE OFFENSE - COUNT XX – (Aggravated Identity Theft)

(1) the Defendant knowingly transferred, possessed, or used another person's [means of identification];

(2) without lawful authority;

(3) during and in relation to [the wire fraud counts] alleged in the Indictment.

Respectfully Submitted,

PAMELA C. MARSH
United States Attorney

_____
Bernard Daley
Counsel for Defendant

_____
James M. Ustynoski
Pennsylvania Bar No. 78755
Assistant U.S. Attorney
Northern District of Florida
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301-1841

11/26/2012
Date

11/26/12
Date

_____
Andrea Danielle Otley
Defendant

11/26/12
Date