IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


UNITED STATES OF AMERICA

v.                                                        CASE NO. 4:12cr59-RH/CAS

ANDREA DANIELLE OTLEY,

    Defendant.

_____/


**ORDER DENYING EARLY TERMINATION
OF SUPERVISED RELEASE**


    The defendant Andrea Danielle Otley has moved for early termination of supervised release. A court may order early termination when warranted by the defendant's conduct and the interest of justice. *See* 18 U.S.C. § 3583(e)(1).

    The probation officer has advised the court that Ms. Otley has done well on supervision but that she is currently unemployed because of a job-related injury. While that is not Ms. Otley's fault, it does mean she has not made the showing that is derived from stable employment. And while Ms. Otley's good performance on supervision is commendable, she has a substantial criminal history. She has served just under 18 months on supervision.

I find, under all the circumstances, and considering all the factors in 18 U.S.C. § 3553(a), that Ms. Otley's supervised release should not be terminated at this time. Accordingly,

IT IS ORDERED:

Ms. Otley's motion for early termination of supervised release, ECF No. 186, is denied.

SO ORDERED on September 13, 2018.

                                      s/Robert L. Hinkle
                                      United States District Judge