IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 4:12cr59-RH-CAS

ANDREA DANIELLE OTLEY,

     Defendant.

_____/

**ORDER TERMINATING SUPERVISED RELEASE**

     The defendant Andrea Danielle Otley has moved for early termination of supervised release. The probation officer has advised the court's staff that neither the officer nor the government opposes early termination. I have considered the factors in 18 U.S.C. § 3553(a) and the criteria in Monograph 109 as approved by the Judicial Conference of the United States. I find that termination of supervised release at this time is warranted by the defendant's conduct and the interest of justice. *See* 18 U.S.C. § 3583(e)(1). Accordingly,

     IT IS ORDERED:

     Ms. Otley's term of supervised release is terminated as of March 26, 2019,

at 3:53 p.m.

    SO ORDERED on March 26, 2019.

                                                 s/Robert L. Hinkle
                                                 United States District Judge